

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

July 7, 2026

RE: 26-cv-06863-RFL  Appalachian Insurance Company v. The Roman Catholic Archbishop of San Francisco

BANKRUPTCY NUMBER:  23-30564, Adversary Proceeding # 26-03029

The Motion for Withdrawal of Reference which you recently submitted to this office has been assigned the case number listed above.

Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

Mark B. Busby, Clerk

by  Jennifer Krajinic
Case Systems Administrator
408-535-5382

*REV. 09-2019*