UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPALACHIAN INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE,<br>Defendant. | Case No. 26-cv-06863-RFL<br>**ORDER GRANTING MOTION TO WITHDRAW REFERENCE**<br>Re: Dkt. No. 4 |

Appalachian Insurance Company's unopposed motion to withdraw the reference to the bankruptcy court in this case is **GRANTED**. *See Westport Ins. Corp. v. Off. Comm. of Unsecured Creditors of Roman Cath. Archbishop of S.F.*, No. 25-CV-09314-WHO, 2025 WL 3545838, at *1 (N.D. Cal. Dec. 10, 2025); *St. Paul Fire & Marine Ins. Co. v. Roman Cath. Archbishop of S.F.*, No. 26-CV-01138-RFL, 2026 WL 1408495, at *1 (N.D. Cal. Apr. 22, 2026); *In re Roman Cath. Bishop of Oakland*, No. 24-CV-00709-JSC, 2024 WL 1160907, at *1 (N.D. Cal. Mar. 18, 2024). The motion is timely, as it was filed the same day as the complaint. (*See* Dkt. No. 1-5 at 3.) There is also cause, as this is a non-core proceeding and there is substantial overlap with the Westport and St. Paul cases, in which motions to withdraw the reference have already been granted. The parties shall meet and confer to discuss coordination and/or consolidation with those cases, and shall file a proposed case schedule by **August 28, 2026**.

**IT IS SO ORDERED.**

Dated: July 23, 2026

RITA F. LIN
United States District Judge