Andrew D. Telles Wyatt (SBN 316740)
andrew.wyatt@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700

Natalie M. Limber (SBN 304252)
natalie.limber@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300

Patrick C. Maxcy (admitted *pro hac vice*)
patrick.maxcy@dentons.com
Keith Moskowitz (admitted *pro hac vice*)
keith.moskowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000

*Attorneys for St. Paul Fire and Marine Insurance
Company and Travelers Casualty and Surety
Company*

Barron L. Weinstein, (SBN 67972)
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone:    (424) 239-3400
Facsimile:    (424) 239-3434
Email: barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 885-5145
Facsimile:    (212) 885-5001
Email: jeffrey.schulman@blankrome.com

*Attorneys for The Roman Catholic
Archbishop of San Francisco*

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY<br><br>Plaintiffs<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>Defendant | Case No.:    3:26-cv-01138-RFL<br>Related Cases: 3:25-cv-09314-RFL<br>                      3:26-cv-06863-RFL<br><br>**JOINT STIPULATION AS MODIFIED TO REQUEST CONSOLIDATION OF ACTIONS AND TO SET BRIEFING SCHEDULE FOR THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTIONS TO STAY**<br><br>Location:    Courtroom 4, 17th Floor<br>Judge:       Hon. Rita F. Lin |

Before this Court are three insurance coverage actions brought by Westport Insurance Corporation ("Westport"), St. Paul Fire & Marine Insurance Company ("St. Paul") and Travelers Casualty & Surety Company f/k/a Aetna Casualty & Surety Company ("Travelers"), and Appalachian Insurance Company ("Appalachian") (collectively, the "Insurers") seeking declaratory relief and reimbursement of sums paid against The Roman Catholic Archbishop of San Francisco ("RCASF") (collectively, the "Parties") titled as follows:

- *Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco*, 3:25-cv-09314-RFL (the "*Westport* Action")

- *St. Paul Fire and Marine Insurance Company, et al. v. The Roman Catholic Archbishop of San Francisco*, 3:26-cv-01138-RFL (the "*Travelers* Action")

- *Appalachian Insurance Company v. The Roman Catholic Archbishop of San Francisco*, 3:26-cv-06863-RFL (the "*Appalachian* Action")

In its July 23, 2026 Order granting Appalachian's unopposed motion to withdraw the reference, the Court ordered the parties to discuss coordination and consolidation of these three actions, noting the substantial overlap in the actions. [*Appalachian* Action, Dkt. No. 6.] On July 31, Counsel for the Insurers and RCASF agreed to consolidate these actions and coordinate the briefing and hearing schedule for RCASF's stay motions. The Parties hereby stipulate and agree as follows:

## CASE CONSOLIDATION

1. The Insurers' Actions involve common questions of law and fact and are each pending before the Hon. Rita F. Lin. Consolidation for procedural purposes only will serve the interests of judicial economy.

2. The *Westport* Action, *Travelers* Action, and *Appalachian* Action shall be consolidated for procedural purposes only. The separate actions do not merge into one and the parties do not proceed as a single plaintiff.

3. The *Westport* Action, Case No. 3:25-cv-09314-RFL, shall become the master docket for all future filings and activity. Subsequent filings in these cases must therefore be submitted through the electronic filing system in Case No. 3:25-cv-09314-RFL.

4.    The captions on documents filed in the consolidated cases shall be shown as:

| WESTPORT INSURANCE CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>Defendant. | Civil Case Nos.<br><br>3:25-cv-09314-RFL (lead case)<br><br>3:26-cv-01138-RFL<br><br>3:26-cv-06863-RFL |
| --- | --- |

5.    The Clerk of Court shall make appropriate adjustments to compensate for this consolidation.

**PROPOSED SCHEDULE FOR MOTIONS TO STAY**

6.    The August 18, 2026 hearing date on RCASF's Motion to Extend the Stay to the Seventh and Eighth Causes of Action of Plaintiff's First Amended Complaint filed in the *Westport* Action is vacated, and the hearing on RCASF's stay motion shall be heard on the Joint Hearing date provided in Paragraph 8 below or as otherwise set by the Court.

7.    The Court previously vacated the September 29, 2026 hearing date on RCASF's Motion to Stay Plaintiffs' First Amended Complaint filed in the *Travelers* Action.  [*Travelers* Action, Dkt. No. 43.].  The hearing on RCASF's stay motion in the *Travelers* Action shall also be heard on the Joint Hearing date provided in Paragraph 8 below or as otherwise set by the Court.

8.    In conjunction with the consolidation and for further judicial efficiency purposes, the Parties jointly propose the following briefing and hearing schedule:

| DATE | EVENT |
| --- | --- |
| August 21, 2026 | RCASF to file Motion to Stay Appalachian's Complaint |
| September 11, 2026 | Travelers to file Opposition to RCASF's Motion to Stay Travelers' FAC |
| September 11, 2026 | Appalachian to file Opposition to RCASF's Motion to Stay |
| September 25, 2026 | RCASF to file Reply to Travelers' Opposition |
| September 25, 2026 | RCASF to file Reply to Appalachian's Opposition |

| October 6, 2026[1] | Joint Hearing on RCASF's Motions to Stay |
|---|---|

9. Given the overlapping issues, the Parties are strongly encouraged to reduce duplicative arguments through incorporating by reference other briefs in these actions or filing joint briefs. Accordingly, the page limits for the Parties' briefs are adjusted as follows: Motion to Stay Appalachian's complaint (10 pages); oppositions to motions to stay (10 pages if filed individually; 20 pages if jointly filed); and replies to motions to stay (5 pages if filed individually; 10 pages if jointly filed). The Parties may request additional pages if necessary.

[signatures and Court's endorsement on following pages.]

Dated: August 4, 2026

Respectfully submitted,

**DENTONS US LLP**

By:      /s/ Andrew D. Telles Wyatt
       Andrew D. Telles Wyatt
       Natalie M. Limber
       Patrick Maxcy (*pro hac vice*)
       Keith Moskowitz (*pro hac vice*)

*Attorneys for St. Paul Fire and Marine Insurance Company; Travelers Casualty and Surety Company*

**BLANK ROME LLP**

By:      /s/ Jeffrey L. Schulman
       Barron L. Weinstein
       Jeffrey L. Schulman (*pro hac vice*)

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

       Paul J. Pascuzzi, State Bar No. 148810
       Jason E. Rios, State Bar No. 190086
       Mikayla E. Kutsuris, State Bar No. 339777
       500 Capitol Mall, Suite 2250

---

[1] Or any future date most convenient for the Court.

Sacramento, California 95814
Telephone:(916) 329-7400
Facsimile:  (916) 329-7435
Email:ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

By:       /s/ *Blaise S. Curet*
Blaise S. Curet
2001 Addison Street, Suite 110
Berkeley, CA 94704
Tel: 415-352-6200
bcuret@spcclaw.com

*Attorneys for Westport Insurance Corporation*

**PARKER HUDSON RAINER & DOBBS LLP**

By:       /s/ *Todd C. Jacobs*
Todd C. Jacobs (*pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606
Tel: 312-477-3300
tjacobs@phrd.com

*Attorneys for Appalachian Insurance Company*

## FILER'S ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 4, 2026                    */s/ Andrew D. Telles Wyatt*
Andrew D. Telles Wyatt

[Court endorsement on following page]

## **COURT ENDORSEMENT**

PURSUANT TO STIPULATION AS MODIFIED, **IT IS SO ORDERED**.


Date: August 5, 2026__

RITA F. LIN
UNITED STATES DISTRICT JUDGE